```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

------------------------------X
ROBERT ROZEHNAL and KELLY CHOI,

        Plaintiffs,                      2:12-cv-01631(WJM)

v.
                                         ORDER OF DISMISSAL
BUTO RAFAEL and
JB HUNT TRANSPORT INC,

        Defendants.
------------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 28th day of September, 2012

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                              s/William J. Martini
                              _____
                              WILLIAM J. MARTINI, U.S.D.J.